UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDUARD PETROIU, et al.,<br><br>　　　　Defendants. | 2:11-cr-0434-LDG-PAL<br><br>**ORDER** |

THE COURT HEREBY ORDERS that Magistrate Judge Leen is authorized to handle all CJA budget matters in this case.

Dated this 10 day of February, 2012.

_____
Lloyd D. George
United States District Judge