CHRIS T. RASMUSSEN, ESQ.
Nevada Bar 7149
RASMUSSEN & KANG
330 South 3rd Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cr-0434-LDG(GWF) |
| | ) | |
| v. | ) | **PROPOSED COMPLEX CASE** |
| | ) | **SCHEDULE PURSUANT TO** |
| EDUARD PETROIU, et al., | ) | **LCR 16-1(a)** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Local Rule 16-1(a)(1) and (2), counsel for the United States, Timothy Vasquez, Assistant United States Attorney, and all undersigned counsel for Defendants, file this proposed Complex Case Schedule and seek an Order "fixing the schedule for discovery and pretrial motions". LCR 16-1(a)(1)-(a)(4).[1]

THE CASE HAS BEEN DESIGNATED AS COMPLEX

The Court heard arguments on January 24, 2012, and granted Defendant Vales Motion to Designate [121] [141] respectively.

PROPOSED COMPLEX CASE SCHEDULE

**1.      Trial Date(s):**

_____

[1]Defendant Eugene Stoytchev is still awaiting appointment or retention of counsel.

All parties would request a trial setting in October 2012.

**2.      Initial Discovery Phase**

The parties propose that the government shall have until February 16, 2012, to disclose and provide the following:

a) the bulk of the statements, documents, and objects, including audio and video recordings, required to be disclosed under FRCP 16(a)(1)(A)-(F), including foreign language audio recordings, defense counsel may file a motion to request minimization logs;

b) all search warrants, orders authorizing the interception of wire, oral or electronic communications, supporting affidavits, that relate to evidence that may be offered at trial.

**3.      The Discovery Motions Schedule to Resolve Any Discovery Disputes**

The parties acknowledge a duty to make good faith efforts to meet and confer with each other to resolve informally any dispute over the scope, manner and method of disclosures before seeking relief from the Court.  A breach of duty to meet and confer, by either party, may serve as a basis to grant or deny any subsequent motion for appropriate relief made before the Court.  If the parties are unable to agree or resolve disputes after good faith efforts to do so, the parties propose the following discovery and non-discovery pretrial motions schedule:

a)      Pre trial Motions, including notices of any defenses under Rules 12.1, 12.2 and 12.3, of the Federal Rules of Criminal Procedure, shall be filed on or before April 28, 2012;

b)      Responses to Pretrial Motions to be filed on or before May 13, 2012;

c)      Replies to Pretrial Motions to be filed on or before May 18, 2012.


**4.      The Second Discovery Phase**

The parties propose that NO LATER THAN 30 DAYS BEFORE TRIAL

a)      the government will provide expert disclosures as required under Federal

        Rule of Criminal Procedure 16(a)(1)(G);

b)      the defendant will comply with his obligation to provide reciprocal

        discovery and provide all documents, objects and reports of examination

        required under FRCP 16(b)(1)(A) and (B).  The defendant will provide

        discovery pursuant to Rule 16(b)(1)c) concerning expert witnesses

        NO LATER THAN 20 DAYS BEFORE TRIAL

**5.      The Third Discovery Phase**

The parties propose that NO LATER THAN 10 DAYS BEFORE TRIAL:

a)      the parties will disclose any summaries, charts or calculations that will be

        offered in their respective case in chief at trial;

b)      the parties will identify recordings, transcript of recordings, or portions

        thereof, that will be offered in their respective case in chief at trial, except

        for foreign language recordings and/or transcripts which defense counsel

        may file a motion to disclose to reduce the cost of defense.

c)      the government will disclose any statements of witnesses under Title 18

        United States Code, Section 3500, unless the government files a motion

for protective order under Rule 16(d)(1) at the times said statement is due herein; and

d)    the defendant will disclose any statements of witnesses the defendant intends to call in his case in chief.

**6.     Issues on which agreement has not been reached**

Defendants shall file on or before OE jaFI , 2012, any and all motions relating to disclosure of reports or memoranda of interviews of witnesses the government intends to call in its case in chief; and disclosure of all evidence or information known to the prosecutor that tends to negate the guilt of the accused or mitigate the offense pursuant to LR IA 10-7(a), which incorporates Rule 3.8 of the Nevada Rules of Professional Conduct, effective May 1, 2006.

Defendants specifically reserve the right to file motions concerning the format and nature of the video and audio provided in discovery including but not limited to requesting the government to produce a rough draft index.

**7.     Supplemental Motions**

The parties agree that no supplemental motion can be filed upon a showing of good cause as determined by the court.  These motions shall be based on issues unforseen to the parties at the time this agreement is filed.

DATED this 2nd February, 2012.

By: /s/ Chris Rasmussen                    IT IS SO ORDERED this 9th day
_____                    of February, 2012.
Chris Rasmussen, Esq.
Attorney for Michael Vales               _____
                                          Peggy A. Leen
                                          United States Magistrate Judge

4

By: /s/ Charles Kelley

_____
Charles Kelley, Esq.
Attorney for Bertly Ellazar

By: /s/ Osvaldo Fumo

_____
Osvaldo Fumo, Esq.
Attorney for Iavor Stoychev

By: /s/ Timothy Vasquez

_____
Timothy Vasquez
Assistant United States Attorney


By: /s/ Kalani Hoo

_____
Kalani Hoo, Esq.
Attorney for Melanie Pascua

By: /s/ Thomas Ericsson

_____
Thomas Ericsson, Esq.
Attorney for Radu Lisnic

By: /s/ Thomas Pitaro

_____
Thomas Pitaro, Esq.
Attorney for Edelin Dimitrov

By: /s/ James Hartsell

_____
James Hartsell, Esq.
Attorney for Christopher Castro

By:    /s/ Benjamin Durham

_____
Benjamin Durham, Esq.
Attorney for Manuel Garza

By: /s/ Xavier Gonzales
_____
Xavier Gonzales, Esq.
Attorney for Eduard Petroiu

5

1  By: /s/ Craig Drummond

2  _____

3  Craig Drummond, Esq.
   Attorney for Ryne Green

4  By: /s/ Herb Sacs

5  _____

6  Herb Sachs, Esq.
   Attorney for
           Evghenii Russu

7          Delyana Nedylkova

8  By: /s/ Eric Roy

9  _____

10 Eric Roy, Esq.
   Attorney for Vladimir Budestean

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                    6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28