XAVIER GONZALES, ESQ.
528 S. Casino Center Blvd., Ste 205
Las Vegas, Nevada 89101
(702) 388-8182
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 2:11-cr-00434-LDG-PAL-1 |
| Plaintiff, ) | |
| vs. ) | |
| EDUARD PETROIU, ) | |
| Defendant. ) | |

### JOINDER TO MOTION TO CONTINUE TRIAL

Defendant EDUARD PETROIU, by and through his attorney, XAVIER GONZALES, ESQ., hereby joins in Co-Defendant Michael Vale's MOTION TO CONTINUE TRIAL in the above styled manner.

DATED this 12th day of December, <u>2012.</u>

By:  <u>/s/Xavier Gonzales</u>
XAVIER GONZALES, ESQ.
528 S. Casino Center Blvd.
Las Vegas, Nevada 89101
(702) 388-8182
*Attorney for Defendant*

1

## SUPPLEMENTAL POINTS AND AUTHORITIES

Defendant EDUARD PETRIOU hereby adopts the points and authorities submitted defendant Michal Vales, and submits the following supplement that argument.

1. As stated in VLADIMIR BUDESTEAN Joinder to Defendant' Motion to Continue Trial, the discovery consists of over 20,000 pages of discovery.

2. Due to the enormous amount of pages in Discovery and the undersigned case load in criminal and immigration court, Counsel is not yet prepared to go forward with trial in this case. Counsel has not completed discovery review.

3. Eduard Petriou is detained. He does not object to the continuance.

DATED this 12th day of December, 2012.

By: /s/Xavier Gonzales
XAVIER GONZALES, ESQ.
528 S. Casino Center Blvd.
Las Vegas, Nevada 89101
(702) 388-8182
*Attorney for Defendant*

ORDER

IT IS SO ORDERED.

DATED this 26 day of December, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge

2