UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUARD PETROIU,<br><br>    Defendant. | 2:11-cr-434-LDG-PAL<br><br>ORDER |

On March 28, 2013, the Court granted Xavier Gonzales, Esq.'s "Motion to Withdraw as Attorney of Record" (#368) and new counsel was appointed. Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for Eduard Petroiu in place of Xavier Gonzales, Esq. for all further proceedings.

IT IS FURTHER ORDERED that Mr. Gonzales shall forward the file to the Federal Public Defender forthwith.

DATED this 28th day of March, 2013.

Nunc Pro Tunc Date: March 27, 2013.

PEGGY A. LEEN
United States Magistrate Judge