

1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,                )
                                            )
9            Plaintiff,                      )
                                            )
10       v.                                  )   2:11-CR-434-LDG-(PAL)
                                            )
11  EDUARD PETROIU,                          )
                                            )
12           Defendant.                      )

13          **FINAL ORDER OF FORFEITURE AS TO EDUARD PETROIU**

14          On November 26, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed.

15  R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

16  States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) forfeiting property of

17  defendant EDUARD PETROIU to the United States of America.  Superseding Criminal Indictment,

18  ECF No. 243; Plea Agreement, ECF No. 452; Change of Plea, ECF No. 470; Preliminary Order of

19  Forfeiture, ECF No. 475.

20          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P

21  32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

22  Code, Section 2461(c); and Title 21, United States Code, Section 853(p) that the Preliminary Order of

23  Forfeiture (ECF No. 475), listing the following assets, is final as to defendant EDUARD PETROIU:

24          1.   $350.00 (received from Vladimir Budestean);

25          2.   $200.00 (received from Vladimir Budestean);

26          3.   $3.04 (recovered from 2002 Mercedes CLK 55, Budestean);

4. $2,155.00 seized during search of 4225 Dover Place, Las Vegas, NV residence of Budestean and Nedyalkova);

5. Currency on Eugeni Stoytchev at time of arrest: $2,512.00 United States Currency; 1-$0.50 euro coin (valued at $0.65 U.S.); 1-$l0 Bulgarian Leva (valued at $6.68 U.S.); 1-$2 Bulgarian Leva (valued at $1.34 U.S.); 4-$1 Bulgarian Leva (valued at $3.67 U.S.); 1-$0.50 Bulgarian Stotinki (valued at $0.33 U.S.); 3-$0.20 Bulgarian Stotinki (valued at $.40 U.S.);10-10 denomination Bulgarian Stotinki (valued at $0.67 U.S.);

6. 4225 Dover Place, Las Vegas, Nevada (residential home, Clark County Parcel No. 139-31-411-l09); Owners: Vladimir Budestean and Mariya Ytmkerova-Nedyalkova;

7. Samsung Television (Serial Number LN46B55OK1F w/stand, power cord, remote and cables) (consent search of Oleh Rymarchuk's residence);

8. Laptop Macbook Air (serial #C02GMBLPDJWV) (consent search of Oleh Rymarchuk's residence);

9. Laptop Macbook Pro (serial #C02GD1VPDV7L) (consent search of Oleh Rymarohuk's residence);

10. Powershot A603 w/case (Serial #4136204571) (consent search of Oleh Rymarchuk's residence);

11. Apple Time Capsule (1TB) w/cord (Serial #6F94201GACD) (consent search of Oleh Rymarchuk's residence);

12. Red Cobra Model #CA-380 .380 caliber pistol (Serial #CP042369 (seized from Bertly Ellazar's residence); and

. . .

. . .

. . .

. . .

13. An in personam criminal forfeiture money judgment of $3,000,000.00 in United States Currency.

DATED this 24th day of February, 2014.


UNITED STATES DISTRICT JUDGE