DANIEL G. BOGDEN
United States Attorney
District of Nevada

MICHAEL A. HUMPHREYS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: Michael.humphreys@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) 2:11-CR-434-LDG-(PAL) |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATED MOTION TO CONTINUE** |
| EDUARD PETROIU, *et. al.*, | ) **DISCOVERY** |
|  | ) (Second Request) |
| Defendant. | ) |

COME NOW the parties and stipulate and jointly move this Court to continue the discovery cut-off in the above-captioned case until September 30, 2016.  The parties have already engaged in extensive 'paper' discovery including propounding interrogatories and requests for production of documents on the Claimants, which have been, more or less answered by the Claimants.  The United States has received and analyzed this paper discovery and was prepared to depose both claimants, Atanas and Mariya Nedyalkova.  However, Claimants' counsel recently informed counsel for the Government that both Atanas and Mariya Nedyalkova are out of the country and will not return until early August 2016.  Thus, the parties will not be able to conclude the discovery phase of this case until the Nedyalkovas return to the United States.

/ / /

Given the foregoing, the parties have agreed to request that this Court extend the discovery cut-off deadline in this matter until September 30, 2016.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, the parties move this Court to grant a continuance of the discovery cut-off date until September 30, 2016, for the parties to complete discovery.

Dated this 9th day of May 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/*s/Michael A. Humphreys*
MICHAEL A. HUMPHREYS

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
DATED: 13 May 2016

2