# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-434-LDG-(PAL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | Corrected |
| v. | ) | Final Order of Forfeiture |
| | ) | |
| EDUARD PETROIU, | ) | |
| VLADIMIR BUDESTEAN, | ) | |
| BERTLY ELLAZAR, | ) | |
| EVGHENII RUSSU, | ) | |
| EVGENY KRYLOV, | ) | |
| DELYANA NEDYALKOVA, | ) | |
| MELANIE PASCUA, | ) | |
| MANUEL GARZA, and | ) | |
| MICHAEL VALES, | ) | |
| | ) | |
| Defendants. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Eduard Petroiu to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Eduard Petroiu pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea Agreement, ECF No. 452; Change of Plea, ECF No. 470; Preliminary Order of Forfeiture, ECF No. 475.

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Evgeny Krylov to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Evgeny Krylov pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea Agreement, ECF No. 454; Change of Plea, ECF No. 469; Preliminary Order of Forfeiture, ECF No. 476.

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Vladimir Budestean to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Vladimir Budestean pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea Agreement, ECF No. 456; Change of Plea, ECF No. 471; Preliminary Order of Forfeiture, ECF No. 474.

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Bertly Ellazar to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal

Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Bertly Ellazar pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea Agreement, ECF No. 458; Change of Plea, ECF No. 477; Preliminary Order of Forfeiture, ECF No. 486.

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Delyana Nedyalkova to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Delyana Nedyalkova pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea Agreement, ECF No. 461; Change of Plea, ECF No. 481; Preliminary Order of Forfeiture, ECF No. 514.

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Melanie Pascua to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Melanie Pascua pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea Agreement, ECF No. 463; Change of Plea, ECF No. 478; Preliminary Order of Forfeiture, ECF No. 485.

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States

Code, Section 853(p) based upon the plea of guilty by defendant Evghenii Russu to the criminal

offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment

set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal

Indictment and shown by the United States to have the requisite nexus to the offenses to which

defendant Evghenii Russu pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea

Agreement, ECF No. 465; Change of Plea, ECF No. 480; Preliminary Order of Forfeiture, ECF

No. 517.

  The United States District Court for the District of Nevada entered a Preliminary Order of

Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States

Code, Section 853(p) based upon the plea of guilty by defendant Michael Vales to the criminal

offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment

set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal

Indictment and shown by the United States to have the requisite nexus to the offense to which

defendant Michael Vales pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea

Agreement, ECF No. 467; Change of Plea, ECF No. 479; Preliminary Order of Forfeiture, ECF

No. 484.

  The United States District Court for the District of Nevada entered a Preliminary Order of

Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States

Code, Section 853(p) based upon the plea of guilty by defendant Manuel Garza to the criminal

offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment

set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal

Indictment and shown by the United States to have the requisite nexus to the offense to which

defendant Manuel Garza pled guilty. Superseding Criminal Indictment, ECF No. 243; Plea

Agreement, ECF No. 472; Change of Plea, ECF No. 483; Preliminary Order of Forfeiture, ECF No. 487.

This Court finds the United States of America published the notice of forfeiture as to Eduard Petroiu, Vladimir Budestean, and Evgeny Krylov in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 30, 2013, through December 29, 2013, and from February 11, 2014, through March 12, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 495 and 560.

This Court finds the United States of America published the notice of forfeiture as to Michael Vales, Bertly Ellazar, Melanie Pascua, and Manuel Garza in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 10, 2013, through January 8, 2014, and from February 11, 2014, through March 12, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 503 and 559.

This Court finds the United States of America published the notice of forfeiture as to Evghenii Russu and Delyana Nedyalkova in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 4, 2014, to March 5, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 635.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF Nos. 567, 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 578, 579, 610, 612; Notice of Filing Service of Process – Mailing, ECF Nos. 621 and 625.

On March 25, 2014, the United States Marshals Service personally served Clark County Water Reclamation District c/o Diana Alba, County Clerk, with copies of the Preliminary Orders

of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 567.

On March 25, 2014, the United States Marshals Service personally served General Counsel Gregory J. Walch, Las Vegas Valley Water District, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 568.

On March 25, 2014, the United States Marshals Service personally served Mary Beth Scow, President, Las Vegas Valley Water District, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 569.

On March 25, 2014, the United States Marshals Service personally served General Counsel Gregory J. Walch, Southern Nevada Water Authority, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 570.

On March 25, 2014, the United States Marshals Service personally served John Entsminger, General Manger, Las Vegas Valley Water District, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 571.

On March 25, 2014, the United States Marshals Service personally served John Entsminger, General Manager, Southern Nevada Water Authority, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 572.

On March 24, 2014, the United States Marshals Service personally served Mariya Yunkerova-Nedyalkova with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 573.

/ / /

/ / /

On March 24, 2014, the United States Marshals Service personally served Atanas Nedyalkov with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 574.

On March 24, 2014, the United States Marshals Service personally served Herbert Sachs, Attorney for Atanas Nedyalkov and Mariya Yunkerova-Nedyalkova, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 575.

On March 25, 2014, the United States Marshals Service personally served Debbie Conway, Clark County Recorder, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 576.

On March 25, 2014, the United States Marshals Service personally served Michele W. Shafe, Clark County Assessor, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 577.

On March 25, 2014, the United States Marshals Service personally served Clark County Board of Commissioners c/o Diana Alba, Clark County Clerk, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 578.

On March 25, 2014, the United States Marshals Service personally served Diana Alba, County Clerk, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 579.

On April 2, 2014, the United States Marshals Service personally served District Attorney Steven B. Wolfson, Clark County District Attorney's Office, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 610.

On April 2, 2014, the United States Marshals Service personally served Larry Brown, Chairman, Clark County Water Reclamation District, with copies of the Preliminary Orders of

Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 610-1.

On April 2, 2014, the United States Marshals Service personally served City Attorney Bradford Jerbic, City of Las Vegas Attorney's Office, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 610-1.

On April 2, 2014, the United States Marshals Service personally served Beverly Bridges, City Clerk, City of Las Vegas Clerk's Office, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 610-2.

On April 2, 2014, the United States Marshals Service personally served City of Las Vegas Sewer c/o Beverly Bridges, City Clerk, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 610-2.

On June 10, 2014, the United States Marshals Service personally served Sonya Mahiai with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 612.

On April 8, 2014, the United States Attorney's Office served Acela Rangel Martinez with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Aimee Garcia with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Allen Johnson with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

///

On April 8, 2014, the United States Attorney's Office served Allen Flagg with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Amika Mak with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Anne Devine with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Billy Perkins with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Bonnie Kay Ayers with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Brandon Pope with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Brent Buchwalter with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Brian Jennings with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

/ / /

On April 8, 2014, the United States Attorney's Office served Charles Shumway with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Brenda Miller with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Cheryl Moates with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Christopher Wotring with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 8, 2014, the United States Attorney's Office served Crystal Ortega with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Christopher Ulmer with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Craig Schniers with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Curtis Aytes with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 9, 2014, the United States Attorney's Office served Dan Smith with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Denise Davis with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Dick Guthrie with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Doniyell Curtis with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served David McDarby with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Dean Schneider with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Denise Dulaney with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Diego Lopez with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

///

On April 9, 2014, the United States Attorney's Office served Dorlena Bernard with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Edwin Ruiz with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Elmer Rothman with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Elvir Mujagic with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Eric Willis with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Edward Parker with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Elsa Fandino with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Enrique Castro with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 9, 2014, the United States Attorney's Office served Eric Turnquist with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Erich Brugmann with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Ericka Rivera with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Frank Lovell with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Gabriela Martinez with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Gary Giarruso with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Ernest McCante with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Faye Bea with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 9, 2014, the United States Attorney's Office served Francis Harris with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Fred Burch with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Garrett Walker with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Gene Samuels with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Glenn Kiser with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Greg Fults with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Hector Panduro with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Isaac Rodriguez with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

///

On April 9, 2014, the United States Attorney's Office served Gloria Hart with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Holly Wyrick with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Isaac Helig with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Ismelda Ochoa with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served James Kochenderfer with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served James Leslie with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served James Rice with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jamie Fret with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

/ / /

On April 9, 2014, the United States Attorney's Office served James Schramer with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jacqueline Scott with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jarod Luginbill with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jazmin Albarran with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jeannine Lillard with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jeffrey Torres with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jennifer Alexander with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jesse Rizo with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was

/ / /

returned to our offices as "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Jimmy Farmer with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Joe Falleur with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served Joe Fischer with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served John Aguilar with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 9, 2014, the United States Attorney's Office served John Blair with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served John Blankenship with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served John Sharkey with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Jonathan Conroy with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Jorge Bravo with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Jorge Coneo with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Jose DeJesus Castellon with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Joshua Wallace with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Judy Groves with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Kanesha Polk with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Katie Hollis with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Keith Chesser with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 11, 2014, the United States Attorney's Office served Kellie Marie Sampson with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Kenneth Bagwell with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Khachik Ashimyan with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after two attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Kimberly Rodriguez with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Konya Miles with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Kurtis Bednarcyk with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Larry Looney with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

///

On April 11, 2014, the United States Attorney's Office served Latonia Rubin with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was not returned to our offices. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Laurie Meyer with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Leonard Kraus, Jr., with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 11, 2014, the United States Attorney's Office served Lia Baylor with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Luis Cairo with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Luis Huerta with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Lula Cunningham with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Lynn Martina with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 14, 2014, the United States Attorney's Office served Marjorie Schall with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Marcin Mazur with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Margo Larie with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Mark Brown with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Mark Lee with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Marty Hurtgen with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Mary Prater with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Mary Quinnelly with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Maurice Rodriguez with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Melissa Vasseur with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Michael A. Grzanke with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Michael Bessesen with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Michael Dahle with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Michael Lucas with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Michael Rezek with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Michael White with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

///

On April 14, 2014, the United States Attorney's Office served Michelle Longiaro with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Mike Dexter with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Mitchell Prater with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Nanette and Peter Vanderheyden with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Nathan Baker with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Patricia Brown with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Patricia Clawson with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Patricia Ellen Schramm with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The

certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 14, 2014, the United States Attorney's Office served Patricia Markley with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Patricia White with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was not returned to our offices. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Patrick Hines with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Philip M. Cavanagh with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was not returned to our offices. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Priscilla McGuire with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Ralph Mora with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Randy Kroeplin with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 15, 2014, the United States Attorney's Office served Randy Romey with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Rebecca Weston with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Reynald Goff with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Ricardo Cedillos with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Richard and Sherri Crowe with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Richard C. Spencer with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Richard Sheubrock with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Robbie Meacham with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 15, 2014, the United States Attorney's Office served Robert Adams with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Robert Griswold with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Robert Guenther with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Robert Hall with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Robert Johnson of Gallatin, TN, with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Robert Johnson of Clifton Park, NY, with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Robert Wood with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Rodney Reichstadt with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Roger Dwight with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Roger Vanden Hoek with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Rosaria Cipollone with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Russell Hawkes with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Sandy Sanders with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Scott Austin with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Scott Carlos with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Scott Vosburgh with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 15, 2014, the United States Attorney's Office served Shannon Boots with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Sharron A. Bowman with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Sheran Sweet with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Steve Churchman with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Steve Forsythe with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Steve Sondley with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Susan Brown with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Tamara D. Sanford with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 15, 2014, the United States Attorney's Office served Tammy Cunningham with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was not returned to our offices. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Tammy Jo Brown with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Terrance Thomas with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 15, 2014, the United States Attorney's Office served Thomas Gast with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Thomas Hall with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Thomas Walton with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Tiffany Vandenbosh with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Timothy Hanousek with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Timothy Zick with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Todd Pirie with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Tony Dawson with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Tony Willett with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Tristen Jannusch with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Udomsak Talabnak with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Vicki Walters with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Vickie Lipscomb with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

/ / /

On April 16, 2014, the United States Attorney's Office served Vicky D'Alessandro with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Victor Puga with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Virginia Kraatz with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Warren Adams with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Wayne Fostin with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Wayne Welshons with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served William Bowery with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served William Skurkis with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

/ / /

On April 16, 2014, the United States Attorney's Office served Ana R. Moran with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was not returned to our offices. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served April Weber with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Barbar Jackson with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Brian Oliver with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Carie Summers with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Chase Tjelmeland with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Daniel James Summers with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Dave and Kelly King with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served David Flores with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Deena Duncan with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Dustin Hite with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Edward Cutter with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Emilio Crocco with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Enrique Centeno with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Felipe Rea with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices as "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Gary Catron with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 16, 2014, the United States Attorney's Office served Gary Filla with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Jason Stephens with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices marked "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served John Ogburn with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Jonathan Chapman with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Kent Lyons with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served L. Reisner with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Lajoy Lindsey-Hanohano with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

/ / /

On April 16, 2014, the United States Attorney's Office served Lawrence Jutz with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Mary Mostyn with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Melissa Wang with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Raphael Boyce with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Richard Cirrcione with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Scott N. Einfalt with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Sean Pennington with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Shelbi McQuary with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned to our offices after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Steve Piribauer with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Tobi Hartley with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Tonya L. Vanmeter with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Veronica Gallardo with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Roy Jaime Laureano with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Johnny Christian with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Jennifer Julian with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served James Houghton with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 16, 2014, the United States Attorney's Office served Myra Louise Sharpless with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Charles Deppert with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Kristy Halvorson with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Ellis McMillan with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Heather Turbyfill with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Faezeh A. Eduljee with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 16, 2014, the United States Attorney's Office served Krystal Taylor with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On or about April 17, 2014, the United States Attorney's Office attempted to serve Denica Edge-Williams with copies of the Preliminary Orders of Forfeiture and the Notice. The mail was returned stating "No Mail Receptacle". Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 24, 2014, the United States Attorney's Office served Ciera Diaz with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 24, 2014, the United States Attorney's Office served Steven E. Kelly with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On or about May 1, 2014, the United States Attorney's Office attempted to serve Jillian Felt with copies of the Preliminary Orders of Forfeiture and the Notice. The mail was returned stating "No Mail Receptacle". Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 24, 2014, the United States Attorney's Office served Lenora Jackson with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 24, 2014, the United States Attorney's Office served Blake Gill with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 24, 2014, the United States Attorney's Office served Debrah Evans with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 25, 2014, the United States Attorney's Office served Lonnie Bailey with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 25, 2014, the United States Attorney's Office served Eschol Batts with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

///

///

On April 25, 2014, the United States Attorney's Office served Jennifer Harrell with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 25, 2014, the United States Attorney's Office served Sonny Detrick with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 25, 2014, the United States Attorney's Office served Monty Sewell with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 25, 2014, the United States Attorney's Office served Aram Rezian with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 25, 2014, the United States Attorney's Office served Mark Reed with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 25, 2014, the United States Attorney's Office served Adam and Abrianne Fasig with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 25, 2014, the United States Attorney's Office served Joseph Smolar with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Ashley Miller with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On April 29, 2014, the United States Attorney's Office served Derek C. Darling with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Kathy Murray with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Leonardo Lozano with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Mary Gleason with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Melinda Rogers with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Patricia Lavan with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Roderick Baccus with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served William Martin with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Dennis J. Landowski with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified

mail was returned after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Peter Keller with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On April 29, 2014, the United States Attorney's Office served Colitta Lumpkin with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 8, 2014, the United States Attorney's Office served Gerald Byers with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 8, 2014, the United States Attorney's Office served Elizabeth Rogers with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 8, 2014, the United States Attorney's Office served Ben Fairley with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 8, 2014, the United States Attorney's Office served Ashley Vanderver with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 8, 2014, the United States Attorney's Office served Christine Carter with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned "unclaimed." Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

On May 14, 2014, the United States Attorney's Office served Javier Barrera Guerrero with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 14, 2014, the United States Attorney's Office served Chris Buckley with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 14, 2014, the United States Attorney's Office served Narayan Singh KC with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 14, 2014, the United States Attorney's Office served Tina York with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 15, 2014, the United States Attorney's Office served Ronnie Spradlin with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 15, 2014, the United States Attorney's Office served Alisha A. Rich with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned after three attempts. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 27, 2014, the United States Attorney's Office served Kena Revell with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 29, 2014, the United States Attorney's Office served Selena Williams with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail. The certified mail was returned "unclaimed". Notice of Filing Service of Process – Mailing, ECF No. 621.

///

On May 12, 2014, the United States Attorney's Office served Albert Millis via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Jiayuan Lou via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Tom Dinna via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Robert Holland via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Andres Angulo via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Brian Bichener via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Daniel Lang via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Deoram Bachman via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

/ / /

On May 12, 2014, the United States Attorney's Office served Dustin Fernandes via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served George Thompson via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Harold Ochsner via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Judy Duro via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Corey W. Shaw via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Jenny Wong via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Louis Pinsonneault via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Boris Smudja via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

/ / /

/ / /

On May 12, 2014, the United States Attorney's Office served Jovan Vranijkovic via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Wei Chien Chih via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Ivan Vanca via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On May 12, 2014, the United States Attorney's Office served Jack McGee Chevrolet via Federal Express with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 621.

On February 5, 2014, the United States Attorney's Office served Allen Barilleaux with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Joshua Bergman with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Joan and Clifford Beverly with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Chris Deprez with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

/ / /

On February 5, 2014, the United States Attorney's Office served James Joseph Dills with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Carolyn Doucette with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served David Farber with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served German Vehicle Services, Inc., with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Kysla Geroux with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Shawna Jasper with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Chris Jepsen with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Josee Nugent with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

/ / /

On February 5, 2014, the United States Attorney's Office served Robert and Kay Ostram with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Kenneth Wayne Seabolt with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Will Senst with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Yulid Steenhoek with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, the United States Attorney's Office served Jim West with copies of the Preliminary Orders of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 625.

On February 5, 2014, Bojidar Stoytchev filed a Petition (ECF No. 522).

On February 24, 2014, the United States filed a Motion to Strike the Claim of Bojidar Stoytchev (ECF No. 528).

On May 13, 2014, the Court entered an order granting the Government's Motion to Strike the Claim of Bojidar Stoytchev (ECF No. 606).

On April 21, 2014, Mariya Yunkerova-Nedyalkova and Atanas Nedyalkov filed a Petition Requesting a Hearing Pursuant to Claim Against Property to be Forfeited (ECF No. 599).

/ / /

On October 24, 2017, the United States filed a proposed Stipulation and Settlement Agreement for Final Order of Forfeiture as to Mariya Nedyalkova and Atanas Nedyalkov, and Order (ECF No. 728).

On October 26, 2017, the Court entered an order granting the Stipulation and Settlement Agreement for Final Order of Forfeiture as to Mariya Nedyalkova and Atanas Nedyalkov (ECF No. 730).

On May 2, 2014, Peter J. and Nannette M. Vanderheyden filed a Petition for a Hearing re: Preliminary Order of Forfeiture (ECF No. 603).

On July 15, 2014, the United States filed a proposed Settlement Agreement Resolving Third-Party Claim and Agreeing to Judgment of Forfeiture as to Peter J. and Nannette M. Vanderheyden, and Order (ECF No. 617).

On July 18, 2014, the Court entered an order granting the Settlement Agreement Resolving Third-Party Claim and Agreeing to Judgment of Forfeiture as to Peter and Nannette Vanderheyden (ECF No. 618).

On August 26, 2014, the United States filed a proposed Settlement Agreement Resolving Third-Party Claim and Agreeing to Judgment of Forfeiture as to Deena Duncan, and Order (ECF No. 622).

On August 27, 2014, the Court entered an order granting the Settlement Agreement Resolving Third-Party Claim and Agreeing to Judgment of Forfeiture as to Deena Duncan (ECF No. 623).

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

/ / /

/ / /

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

1. $350.00 (received from Vladimir Budestean);

2. $200.00 (received from Vladimir Budestean);

3. $3.04 (recovered from 2002 Mercedes CLK 55, Budestean);

4. $2,155.00 seized during search of 4225 Dover Place, Las Vegas, NV residence of Budestean and Nedyalkova;

5. Currency on Eugeni Stoytchev at time of arrest: $2,512.00 United States Currency; 1-$0.50 euro coin (valued at $0.65 U.S.); 1-$l0 Bulgarian Leva (valued at $6.68 U.S.); 1-$2 Bulgarian Leva (valued at $1.34 U.S.); 4-$1 Bulgarian Leva (valued at $3.67 U.S.); 1-$0.50 Bulgarian Stotinki (valued at $0.33 U.S.); 3-$0.20 Bulgarian Stotinki (valued at $.40 U.S.);10-10 denomination Bulgarian Stotinki (valued at $0.67 U.S.);

6. $25,000 in United States Currency in lieu of real property located at 4225 Dover Place, Las Vegas, Nevada (residential home, Clark County Parcel No. 139-31-411-l09); Owners: Vladimir Budestean and Mariya Yunkerova-Nedyalkova;

7. Samsung Television (Serial Number LN46B55OK1F w/stand, power cord, remote and cables) (consent search of Oleh Rymarchuk's residence);

8. Laptop Macbook Air (serial #C02GMBLPDJWV) (consent search of Oleh Rymarchuk's residence);

9. Laptop Macbook Pro (serial #C02GD1VPDV7L) (consent search of Oleh Rymarchuk's residence);

10. Powershot A603 w/case (Serial #4136204571) (consent search of Oleh Rymarchuk's residence);

11. Apple Time Capsule (1TB) w/cord (Serial #6F94201GACD) (consent search of Oleh Rymarchuk's residence); and

12. Red Cobra Model #CA-380 .380 caliber pistol (Serial #CP042369 (seized from

Bertly Ellazar's residence)

(all of which constitutes property); and

that the United States recover from Eduard Petroiu, Vladimir Budestean, Bertly Ellazar, Evgeny Krylov, Melanie Pascua, and Michael Vales the in personam criminal forfeiture money judgment of $3,000,000; from Evghenii Russu an in personam criminal forfeiture money judgment of $323,000; from Delyana Nedyalkova an in personam criminal forfeiture money judgment of $84,000; and from Manuel Garza an in personam criminal forfeiture money judgment of $140,000, and that the property will not be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 20th day of ___November___, 2017.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE