CHRISTOPHER CHIOU
United States Attorney
District of Nevada
Nevada Bar Number 14853

SUMMER A. JOHNSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard S., Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6556
Fax: 702-388-6787
Email: Summer.Johnson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD PETROIU,<br><br>　　　　　Defendant. | Case No. 2:11-CR-434-RFB-PAL<br><br>**ORDER AUTHORIZING PAYMENT FROM FEDERAL BUREAU OF INVESTIGATIONS** |

　　　　This matter is before the Court on the motion of the United States to authorize payment from the Federal Bureau of Investigations pursuant to 18 U.S.C. §§ 3613(a). The Court has reviewed the motion and finds that for good cause shown, the Federal Bureau of Investigations shall turnover to the Clerk of Court funds held as evidence in the amount of $753.00 for the above named defendant as payment towards the criminal monetary penalties imposed in this case.

　　　　Payment shall be made payable to: Clerk of the Court, U.S. District Court, and delivered to:

　　　　　　Clerk of the Court, U.S. District Court
　　　　　　333 Las Vegas Boulevard South, Suite 1334
　　　　　　Las Vegas, NV 89101

/ / /

Payment shall reference Defendant's name and case number:

**EDWARD PETROIU / 2:11-CR-434-RFB-PAL**

**IT IS SO ORDERED**.

Dated: March 14, 2022

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE